

**CONFIDENTIAL**
**CEASE AND DESIST**

October 6, 2017

**Via Electronic Mail (support@istrendingmag.com,**
**istrendingmag.com@domainsbyproxy.com and domains@corp.bigfoot.com) and**
**USPS First Class Mail:**

Mr. Michael Gleissner
1601 Harrison Street
Hollywood, FL 33020

     Re:    Notice of Copyright Infringement

Dear Mr. Gleissner:

    This firm serves as intellectual property and litigation counsel to LittleThings, Inc. ("LittleThings"), owner of the website located at littlethings.com (the "LittleThings Website"). The undersigned, of Klein Moynihan Turco LLP, 450 Seventh Avenue, New York, New York 10123, is authorized to act on behalf of LittleThings in this matter.

    It is our understanding that you own and operate the website located at **istrendingmag.com** (the "Is Trending Mag Website"). It has come to LittleThings' attention that you have sourced a substantial amount of creative content from the LittleThings Website, without authorization, to promote your products and services through the Is Trending Mag Website.

    Specifically, the material that has been infringed upon includes artwork and written text created and owned entirely by LittleThings (the "LittleThings Works"). Identical artwork and substantially similar written text currently appear in articles with confusingly similar titles on the Is Trending Mag Website (collectively, the "Infringing Works"). **Notably, many of the Infringing Works bear the federally registered LITTLETHINGS.COM service mark, U.S. Registration Number 4,998,319, which belongs to LittleThings (the "LittleThings Mark").** Examples of the LittleThings Works and corresponding Infringing Works are enclosed herewith collectively as Exhibit A. Hyperlinks to examples of the Infringing Works are enclosed herewith collectively as Exhibit B.

    LittleThings has a good-faith belief that your use of the subject material in the manner complained of is not authorized by the copyright owner, its agent or the law. As demonstrated by the parties' respective articles enclosed herewith, the Infringing Works indisputably

**KLEIN MOYNIHAN TURCO** LLP

*Mr. Michael Gleissner*
*October 6, 2017*
*Page 2*

reproduce, distribute and display the copyright-protected LittleThings Works without permission. Please note that any alleged variation to the subject artwork and/or written text does not rise to the level of creativity necessary to assert fair use or any other defense available under the United States Copyright Act.

This is an extremely serious matter, and our client is prepared to take any and all steps necessary to protect its valuable intellectual property rights and terminate the infringing conduct engaged in by you and affiliated individuals and/or entities. Your willful conduct not only directly infringes upon the intellectual property rights of LittleThings, but also seeks to intentionally confuse consumers as to the source of the Infringing Works for economic gain. This constitutes unfair competition and tortious interference with business relations.

Additionally, by accessing the LittleThings Website, you and your representatives agreed to a number of restrictions contained in the LittleThings Website Terms and Conditions (http://www.littlethings.com/terms-of-service/) ("Terms"). Among other things, the Terms prohibit users of the LittleThings Website from copying or otherwise using the LittleThings Works without permission. By engaging in the conduct described hereinabove, you have willfully breached these Terms.

In light of the foregoing, LittleThings hereby demands that you and your affiliate marketing partners, employees, agents and related entities permanently cease and desist from:

(1) reproducing, distributing, displaying and/or preparing derivative works based upon the Infringing Works, the LittleThings Works and/or any and all other copyright-protected materials contained on the LittleThings Website in any fashion and in all media (including, but not limited to, the Is Trending Mag Website), regardless of format;

(2) using the LittleThings Mark and all other LittleThings marks in any medium;

(3) accessing and/or using the LittleThings Website for any purpose whatsoever;

(4) violating LittleThings' Terms; and

(5) engaging in any activities whatsoever directed toward obtaining the business and/or customers of LittleThings, devaluing or diminishing the brand or business of LittleThings and/or deceiving or confusing the public.

In addition to the damages sustained by LittleThings, should you choose to persist in your infringing activities, our client fully intends to hold you liable for any and all costs, including attorneys' fees, that it may be forced to incur in defending its intellectual property rights and associated goodwill. Further, please be advised that your continued unauthorized access to the LittleThings Website will be regarded as a federal violation of the Computer Fraud and Abuse Act ("CFAA").

**KLEIN MOYNIHAN TURCO** LLP

*Mr. Michael Gleissner*
*October 6, 2017*
*Page 3*

  We trust that you recognize the severity of this situation and will immediately comply with our reasonable demands. We expect to receive written assurances from you or your legal counsel by **Thursday, October 12, 2017**, expressing your willingness to comply with each of the foregoing. If this matter is not resolved to our client's satisfaction by that time, we will recommend that LittleThings pursue any and all remedies available to it at law and in equity.

  As you will notice, this Cease and Desist Letter is also being sent to the Legal Departments of GoDaddy.com, LLC ("GoDaddy") and Amazon.com Inc. ("Amazon"), the registrar and Internet Service Provider of the Is Trending Mag Website, respectively. The signature below is that of a person authorized to act on behalf of LittleThings, the copyright owner of the LittleThings Works identified in this Cease and Desist Letter. Use of the Infringing Works is not authorized in any form or fashion by LittleThings. As such, by and through this correspondence, LittleThings formally requests that GoDaddy and/or Amazon immediately remove the Infringing Works from the Is Trending Mag Website. **In light of the substantial quantity of Infringing Works appearing on the Is Trending Mag Website, this may necessitate suspending or cancelling the associated domain name management and/or website hosting services in their entirety.** Should GoDaddy or Amazon wish to contact LittleThings, it may contact this firm using the contact information contained within the header of this correspondence.

  The information contained herein is accurate, and under penalty of perjury, LittleThings asserts that it is the owner and possessor of the exclusive right and interest in and to the LittleThings Works. This letter does not purport to be a complete statement of the law or of the facts surrounding this matter, and is submitted without prejudice to LittleThings' legal and equitable rights, all of which are expressly reserved.

  We look forward to your prompt response.

          Sincerely,

          KLEIN MOYNIHAN TURCO LLP

          Joshua R. Wueller

*Enclosures*

cc: GoDaddy.com, LLC (abuse@godaddy.com)
   Amazon.com Inc. (copyright@amazon.com)

# EXHIBIT A

{00128559;1}



# Find Out What Your Coffee Order Reveals About Your Personality

by PHIL MUTZ

I am a big fan of coffee.

I love to kick off each day with a hot cup of coffee, complete with milk and sugar. But I was very surprised to read that the type of coffee I drink is actually in direct correlation to my personality.

Dr. Gary L. Wenk writes in *Psychology Today*, "Coffee makes us feel so good because it is able to tap into virtually every reward system our brain has evolved." It makes total sense that there is a connection between the mind and the type of coffee we drink.

Of course, a person who loves to order a frappuccino will be much different than someone who orders black coffee. And when I took the quiz below and read what was revealed by my cream-and-sugar coffee order? I was shocked by how accurate it was!

I love taking quizzes that reveal your personality, like this one that determines what kind of pet you are. But this coffee quiz really takes the cake with how spot on it is.

A special thanks to Maya Borenstein from LittleThings for the cute coffee images.

Were your results as spot on as mine? Let us know in the comments.

Please **SHARE** with all of your friends!

**SHARE ON FACEBOOK**

### Espresso



LittleThings / Maya Borenstein

If you are an espresso drinker, you are someone who is a natural born leader. You work very hard and you also play very hard. Your Type A personality makes you a person who know how to get things done. And your hardworking nature is an inspiration to others, both at work and in your social life.

Obviously, as an espresso drinker, you enjoy the taste of coffee and you like things a little more straightforward. Your morning shot of espresso is what propels you to the head of the pack each and every day!

Please **SHARE** if you think this is accurate!

### Double Espresso



LittleThings / Maya Borenstein

If you are a double espresso drinker, you are someone who believes in logic. You are an extremely practical person and are not susceptible to flights of whimsy like some of your friends. Like a single espresso drinker, you are a very hardworking person. However, you function much better with clear, concise direction from others. You do your best at work when your boss tells you exactly what they want.

As someone who likes that double dose of espresso, you require a little extra boost of caffeine to keep you going through the day. Your morning beverage helps you to focus and get your day in perfect logical order!

Please **SHARE** if you think this is accurate! Don't see your coffee choice? Keep reading on the next page!

**1**   2   3   Next





## Is Trending Mag

   

- HOME
- ENTERTAINMENT
- HEALTH
- LIFESTYLE
- PERSONALITY
- SPORTS
- TRAVEL
- TECH

Home » Personality » Can You Believe It? Your Coffee Taste Can Leak Out Your Secrets

### Live Life Untucked
See who's redefining the casual look for men. untuckit.com

# Can You Believe It? Your Coffee Taste Can Leak Out Your Secrets

Trendyseeker      September 30, 2017      No Comments

We can't leave coffee anymore. Every day you wake up in the morning, you will always have a cup of hot coffee. A cup of coffee in the morning keeps you fresh all day. However, if you continue going through this article, you will be surprised your daily coffee can be related your personality. Dr. Gary L. Wenk writes in Psychology Today, "Coffee makes us feel so good because it is able to tap into virtually every reward system our brain has evolved." Of course, people who love latte would be very different from people who love black coffee. However, you will be shocked by how accurate this article is. Come on show us which of the following one is your type.

#1 – Espresso



### Live Life Untucked

See who's redefining the casual look for men.



**RECENT POSTS**





People who love espresso are naturally born leaders. You are like your taste for coffee—straightforward. You put your efforts to every task you perform. You not only know how to get things done, but also inspire others to do better. Your morning espresso maybe the reason that propels you the head of hack every day !

#2 – Double espresso



Can You Believe It? Your Coffee Taste …

September 30, 2017     0



What Is Your Personality Hiding Behind Your …

September 30, 2017     0

What Does Your Walk Style Tell About …

September 27, 2017     0



How To Analyze Relationship Status Based On …





Dramatic Differences Between People In And Out …

 September 26, 2017

 0

As a double espresso lover, your motto is logic goes first. You are led by your logic and your plan is practical, never interfered by your emotions or other people's doubts. Like a singe expresso drinker, you are also very hardworking. However, you distinguish yourself by your effective communication with others. Your order is clear and concise. You do your best at work when your boss tells you exactly what they want.

The morning double espresso helps you stay fresh all day and to be a perfect logic order.

Pages: 1  2  3  4

## YOU MAY ALSO LIKE

  

What Does Your Nail Shape Say

How To Analyze Relationship Status Based On Sleep Positions?

The Shape of Your Toes Says About Your Personality

About You?


What Does Your Starbucks Order Say About You?


What Is Your Personality Hiding Behind Your Eyelines?


Is It True What Your Hand Tells About You and Your Marriage?

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

POST COMMENT

Proudly powered by WordPress | SociallyViral Theme by MyThemeShop.    About Us   Privacy Policy

## Is Trending Mag

   

HOME | ENTERTAINMENT | HEALTH | LIFESTYLE | PERSONALITY | SPORTS

TRAVEL | TECH

Home » Personality » What Does Your Walk Style Tell About You?

### Live Life Untucked
See who's redefining the casual look for men. untuckit.com

# What Does Your Walk Style Tell About You?

Trendyseeker    September 27, 2017    No Comments

A lot of small signs can leak out our secrets. Many people ignore small signs, regarding these useless or unworthy. However, the messages hiding behind these little behaviors are abundant. If we pay enough attention to these small signs, we would be able to judge a person by his or her appearance. For example our way of speech indicates our knowledge and our way to walk shows out our style or tendency to particular things. Speaking of walking style, i believe many of you ignore this one. Walking style refers to how does a person walk and we can also analyze his or her characters based on the related walking styles. Which one is your walking style?

**#1 – The driver**

If you usually walk with weight forward and quick strike, then you are a "Driver." You prefer to have a multitask while you walk like using your phone, thinking of a solution for a problem.



### Live Life Untucked

See who's redefining the casual look for men.

**RECENT POSTS**





You have some very positive personality traits. You know how to get things done and you are very productive, logical and intelligent. That is why you always get what you want. If you face a problem, you probably will take the most direct way to get over it or you just go around the difficulty.

However, please slow down and say "hello" to someone you know and you like. Try to make eye contact to people around occasionally, and people will find you friendly.

Pages: 1       

## YOU MAY ALSO LIKE



What Does Your Nail Shape Say About You?



What Is Your Personality Hiding Behind Your Eyelines?



The Shape of Your Toes Says



Can You Believe It? Your Coffee Taste …

September 30, 2017  0



What Is Your Personality Hiding Behind Your …

September 30, 2017  0

What Does Your Walk Style Tell About …

September 27, 2017  0



How To Analyze Relationship Status Based On …



Is It True What Your Hand Tells About You and Your Marriage?

How To Analyze Relationship Status Based On Sleep Positions?

Can You Believe It? Your Coffee Taste Can Leak Out Your Secrets

About Your Personality

September 26, 2017

0



Dramatic Differences Between People In And Out …

September 26, 2017

0

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

POST COMMENT

Proudly powered by WordPress | SociallyViral Theme by MyThemeShop.    About Us   |   Privacy Policy

# EXHIBIT B

{00128559;1}

**Examples of Infringing Works**

| | |
|---|---|
| 1 | http://www.istrendingmag.com/couples-sleeping-position-speaks-their-relationship-status/ |
| 2 | http://www.istrendingmag.com/couples-sleeping-position-speaks-their-relationship-status/2/ |
| 3 | http://www.istrendingmag.com/couples-sleeping-position-speaks-their-relationship-status/3/ |
| 4 | http://www.istrendingmag.com/what-does-your-walk-style-tell-about-you/ |
| 5 | http://www.istrendingmag.com/what-does-your-walk-style-tell-about-you/2/ |
| 6 | http://www.istrendingmag.com/what-does-your-walk-style-tell-about-you/3/ |
| 7 | http://www.istrendingmag.com/what-does-your-walk-style-tell-about-you/4/ |
| 8 | http://www.istrendingmag.com/what-does-your-walk-style-tell-about-you/5/ |
| 9 | http://www.istrendingmag.com/what-does-your-walk-style-tell-about-you/6/ |
| 10 | http://www.istrendingmag.com/what-does-your-walk-style-tell-about-you/7/ |
| 11 | http://www.istrendingmag.com/can-you-believe-it-your-coffee-taste-can-leak-out-your-secrets/ |
| 12 | http://www.istrendingmag.com/can-you-believe-it-your-coffee-taste-can-leak-out-your-secrets/2/ |
| 13 | http://www.istrendingmag.com/can-you-believe-it-your-coffee-taste-can-leak-out-your-secrets/3/ |
| 14 | http://www.istrendingmag.com/can-you-believe-it-your-coffee-taste-can-leak-out-your-secrets/4/ |